```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                         EASTERN DIVISION
```

RICO HAYES,                        )
                                   )
            Movant,                )
                                   )
       vs.                         )    No. 4:05CV163-DJS
                                   )
UNITED STATES OF AMERICA,          )
                                   )
            Respondent.            )

### JUDGMENT

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the instant motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. §2255 is denied.

**IT IS FURTHER ORDERED,** pursuant to §2253 and Slack v. McDaniel, 529 U.S. 473, 483-84 (2000), that no certificate of appealability shall issue from this Court.

Dated this ___22nd___ day of March, 2006.

                              /s/Donald J. Stohr
                              UNITED STATES DISTRICT JUDGE